**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| AURATONE LLC, | Case No. 2:18-cv-02033-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| MUSIC GROUP IP, LTD., et al., | |
| Defendants. | |

This case was transferred from the District of Massachusetts to this district on October 22, 2018. To familiarize the court with this case, the parties must meet and confer and file a joint status report on the case's procedural posture and any matters requiring court action. The joint status report must be filed by November 20, 2018.

IT IS SO ORDERED.


DATED: October 30, 2018


_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE