1  Michael D. Rounds
   Nevada Bar No. 4734
2  Patrick J. Reilly
   Nevada Bar No. 6103
3  Samantha J. Reviglio
   Nevada Bar No. 14258
4  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
5  Las Vegas, NV  89106-4614
   Telephone:  702-382-2101
6  Facsimile:  702-382-8135
   Email:  mrounds@bhfs.com
7          preilly@bhfs.com
           sreviglio@bhfs.com

*Attorneys for Plaintiff Auratone LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AURATONE LLC, | Case No.: 2:18-cv-02033-JCM-CWH |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| MUSIC GROUP IP, LTD. AND MUSIC TRIBE GLOBAL BRANDS, LTD., | |
| Defendants. | |

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:

NOTICE IS HEREBY GIVEN that Loletta Darden and Suffolk University Intellectual Property and Entrepreneurship Clinic are no longer counsel for Plaintiff Auratone LLC in this case.

Please remove the following from your service list:

Loletta Darden
Suffolk University Intellectual Property and Entrepreneurship Clinic
120 Tremont Street
Boston, MA 02108
Email: ldarden@suffolk.edu

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Plaintiff Auratone LLC will continue to be represented by Michael D. Rounds, Patrick J. Reilly, Samantha J. Reviglio and the law offices of Brownstein Hyatt Farber Schreck, LLP.

DATED this 16th day of November, 2018

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ *Michael D. Rounds*
    Michael D. Rounds
    Patrick J. Reilly
    Samantha J. Reviglio
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106-4614

*Attorneys for Auratone LLC*

IT IS SO ORDERED.

DATED: **Nov 19, 2018**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 16th day of November, 2018, I served the document entitled, **NOTICE OF DISASSOCIATION OF COUNSEL**, on counsel of record through the CM/ECF system.

*/s/ Jeff Tillison*
Employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101